UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14058-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SIMMONS,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, AND 3

    **THIS CAUSE** came before me on June 27, 2022. Having conducted a hearing, I recommend as follows:

    1.    A Superseding Petition for Offender Under Supervision (the "Petition") was filed in this case on May 26, 2022 at Docket Entry 132. Defendant appeared before me for a hearing on June 27, 2022.

    2.    At the hearing, the Defendant admitted Violation Numbers 1, 2, and 3.

    3.    Violation Numbers 1, 2, and 3 allege:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 17, 2022, March 24, 2022, and April 7, 2022, the defendant submitted urine specimens which tested positive for the presence of cocaine in [Probation's] local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 17, 2022, and March 24, 2022, the defendant submitted urine specimens which tested positive for the presence of |

marijuana in [Probation's] local laboratory; and subsequently were confirmed positive by Alere Toxicology Services, Incorporated.

**Violation Number 3**     **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 15, 2022, the defendant submitted a urine specimen which tested positive for the presence of cocaine in [Probation's] local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated.

4. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

5. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 1, 2, and 3 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6. The Government proffered a factual basis for Defendant's admissions to Violation Numbers 1, 2, and 3. Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer, I find that the proffered facts establish a sufficient factual basis to support Defendant's admissions to Violation Numbers 1, 2, and 3.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1, 2, and 3, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States

District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 27th day of June, 2022.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE