UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 08-CR-14058-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

ANTHONY SIMMONS,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 THROUGH 8

**THIS CAUSE** came before the Court upon the Second Superseding Petition for Offender Under Supervision ("Second Superseding Prob 12C") filed by the United States Probation Office **[ECF No. 162]** on December 13, 2023.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on December 18, 2023 **[ECF No. 166]**. A Report and Recommendation was filed on December 21, 2023, recommending that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, 5, 6, 7, and 8 of the Second Superseding Prob 12C be accepted **[ECF No. 167]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 167]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Violations 1, 2, 3, 4, 5, 6, 7, and 8 of the Second Superseding Prob 12C. Violation 1 charges Defendant with Refusal to Submit to DUI Testing, contrary to Florida Statute 316.1939(1). Violation 2 charges Defendant with Driving Under the Influence, contrary to Florida Statute 316.193(1)(A). Violation 3 charges Defendant with Failing

to Report to the Probation Officer as Directed, which was by 5:00 p.m. on August 31, 2023. Violation 4 again charges Defendant with Failing to Report to the Probation Officer as Directed, which this time was by 5:00 p.m. on September 1, 2023. Violation 5 charges Defendant with Driving While License Suspended - 3rd Violation or Subsequent, contrary to Florida Statute 322.34(2)(C). Violation 6 charges Defendant with Failing to Notify the Probation Officer within 72 Hours of Being Arrested or Questioned by a Law Enforcement Officer when he was issued a criminal traffic citation by the Fort Pierce Police Department on September 16, 2023. Violation 7 charges Defendant with Unlawfully Possessing or Using a Controlled Substance on November 13, 2023, the date the Defendant submitted a urine specimen which tested positive for the presence of cocaine in the United States Probation Office's local laboratory and subsequently at Alere Toxicology Services, Incorporated. Violation 8 again charges Defendant with Unlawfully Possessing or Using a Controlled Substance, this time on both November 27, 2023, and November 30, 2023, the dates the Defendant submitted urine specimens which tested positive for the presence of cocaine in the United States Probation Office's local laboratory and subsequently at Alere Toxicology Services, Incorporated. Therefore, Defendant has been found to violate three standard conditions and five mandatory conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Tuesday, January 23, 2024, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 5 day of January, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office